UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-JIMMY ABRAHAM MAJEAU, | )  Case No. 4:25-CR-286-HEA (PLC) |
| 2-ERIC JAMES HERNANDEZ, | ) |
| 3-SONJA ANNE ORLANDO, | ) |
| 4-MICHAEL HUNTER, | ) |
| 5-JONATHON JAVON WARD, | ) |
| 6-AARON LAMONT RUSSELL, | ) |
| 7-JUAN JOSE MENDOZA, | ) |
| 8-MARVELL BRIAN LLOYD, | ) |
| 9-EARL BANKS, | ) |
| 10-ANDREW WATSON, and | ) |
| 11-ALEXXIS RAMIREZ, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie E. Danis, Assistant United States Attorney for said District, and makes the following additional disclosures pursuant to Rule 12(b)(4) of the Federal Rules of Criminal Procedure:

At trial, the Government intends to use evidence seized and statements made by the defendants during the events described below. This evidence and these statements are more fully set forth in investigative reports, which will be made available to the defendant. To the extent that any evidence outlined herein constitutes evidence of "Crimes or Other Acts" as contemplated by Federal Rule of Evidence 404(b), notice is hereby given that the Government intends, in the event of trial, to seek the admission of such evidence as probative of "motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident."

In connection with this filing, the Government moves for pretrial determination of admissibility of arguably suppressible statements made by the defendants. The listing of a potential witness or potential witnesses is not meant to be all-inclusive. As the date set for hearings approaches, the Government may add, substitute, or delete a witness or witnesses for various reasons.

The Government has not included in its listing of events the various physical surveillance that occurred or any photographs or videotapes taken during surveillance during the course of the investigation. Additionally, the Government has not listed any records obtained by subpoena, pen register orders, or orders for trap-and-trace. It is the Government's position that these events are not subject to suppression.

| DATE | EVENT/ITEM | WITNESS |
|---|---|---|
| December 21, 2023 | PLW for phone number (323) 532-5859 (4:23 MJ 7439 SPM) (All Defendants) | DEA TFO James Gaddy |
| February 21, 2024 | Search Warrant for UPS Package bearing tracking number 1Z5W07W50327184506 (Northern District of Illinois) (All Defendants) | DEA SA Jaclyn Casaceli |
| February 22, 2024 | PLW for phone number (424) 443-1518 (4:24 MJ 1058 JMB) (5-Jonathon WARD) | DEA SA Jaclyn Casaceli |
| February 22, 2024 | Apple iCloud Search Warrant for Accounts (424) 443-1518; lilbee5054@gmail.com; and jonathanward81@yahoo.com (4:24 MJ 1059 JMB) (5-Jonathon WARD) | DEA SA Jaclyn Casaceli |
| February 27, 2024 | PLW for phone number (323) 895-8930 (4:24 MJ 9067 RHH) (2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| February 27, 2024 | PLW for phone number (949) 750-5453 (4:24 MJ 9068 RHH) (1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |

| | | |
|---|---|---|
| February 27, 2024 | Apple iCloud Search Warrant for Accounts (323) 895-8930; ehteamsters396@gmail.com; (949) 750-5453; and majeaujimmy1@icloud.com<br>(4:24 MJ 9069 RHH)<br>(1-Jimmy MAJEAU<br>2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| April 9, 2024 | PLW for phone number (323) 895-8930<br>(4:24 MJ 9067 RHH)<br>(2-Eric HERNANDEZ) | DEA SA Jonathan Duke |
| April 9, 2024 | PLW for phone number (949) 750-5453<br>(4:24 MJ 9068 RHH)<br>(1-Jimmy MAJEAU) | DEA SA Jonathan Duke |
| May 30, 2024 | PLW for phone number (949) 750-5453<br>(4:24 MJ 1190 JMB)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| May 30, 2024 | PLW for phone number (712) 685-3009<br>(4:24 MJ 1191 JMB)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| May 30, 2024 | PLW for phone number (323) 895-8930<br>(4:24 MJ 1189 JMB)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| June 24, 2024 | Apple iCloud Search Warrant for Accounts (323) 895-8930; ehteamsters396@gmail.com; (949) 750-5453; and majeaujimmy1@icloud.com<br>(4:24 MJ 2182 JSD)<br>(1-Jimmy MAJEAU<br>2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| July 17, 2024 | PLW for phone number (712) 685-3009<br>(4:24 MJ 1229 JMB)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| July 17, 2024 | PLW for phone number (323) 895-8930<br>(4:24 MJ 1230 JMB)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| July 17, 2024 | PLW for phone number (949) 750-5453<br>(4:24 MJ 1231 JMB)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| August 1, 2024 | Order for Interception of Oral Communications in Vicinity of UPS Delivery Vehicle #207682<br>(4:24 mc 866 MTS)<br>(1-Jimmy MAJEAU; | DEA SA Jonathan Duke |

| | 2-Eric HERNANDEZ; and<br>15-Alexxis RAMIREZ) | |
|---|---|---|
| August 2, 2024 | Order for Interception of Visual, Non-Verbal Conduct in Vicinity of UPS Delivery Vehicle #207682<br>(2:24 MJ 04629)<br>(1-Jimmy MAJEAU;<br>2-Eric HERNANDEZ; and<br>15-Alexxis RAMIREZ) | DEA SA Jonathan Duke |
| August 2, 2024 | GPS Tracker for 2022 Ford UPS Vehicle California License Plate 27201S3<br>(2:24 MJ 04607)<br>(2-Eric HERNANDEZ) | DEA SA Jonathan Duke |
| August 27, 2024 | PLW for phone number (949) 750-5453<br>(2:24 MJ 1231 JMB)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| August 27, 2024 | PLW for phone number (323) 895-8930<br>(4:24 MJ 1230 JMB)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| August 27, 2024 | PLW for phone number (712) 685-3009<br>(4:24 MJ 1229 JMB)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| August 27, 2024 | Search Warrant for Three (3) Electronic Devices Belonging to Sonja ORLANDO<br>(4:24 MJ 7219 SPM) | DEA SA Joseph Galloro |
| August 28, 2024 | Order for Continued Interception of Oral Communications in Vicinity of UPS Delivery Vehicle #207682<br>(4:24 MC 866 MTS)<br>(1-Jimmy MAJEAU;<br>2-Eric HERNANDEZ; and<br>15-Alexxis RAMIREZ) | DEA SA Jaclyn Casaceli |
| August 30, 2024 | Order for Continued Interception of Visual, Non-Verbal Conduct in Vicinity of UPS Delivery Vehicle #207682<br>(2:24 MJ 04629)<br>(1-Jimmy MAJEAU;<br>2-Eric HERNANDEZ; and<br>15-Alexxis RAMIREZ) | DEA SA Jaclyn Casaceli |

| | | |
|---|---|---|
| September 12, 2024 | GPS Tracker for 2022 Ford UPS Vehicle California License Plate 27201S3<br>(2:24 MJ 04607M)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| September 20, 2024 | PLW for phone number (424) 420-7806<br>(4:24 MJ 9415 RHH)<br>(5-Jonathon WARD) | DEA SA Joseph Galloro |
| September 23, 2024 | Search Warrant for the Person of Jimmy MAJEAU<br>(2:24 MJ 05784)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for the Person of Eric HERNANDEZ<br>(2:24 MJ 05785)<br>(2-Eric HERNANDEZ)) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for the Person of Jonathan WARD<br>(2:24 MJ 05786)<br>(5-Jonathon WARD) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for Residence at 16178 Eastridge Court, Chino Hills, California 91709<br>(2:24 MJ 05788)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for Residence at 2552 Havenpark Avenue, South El Monte, California 91733<br>(2:24 MJ 05789)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for Residence at 2211 East Orangewood Avenue, Apt. 467, Anaheim, California 92806<br>(2:24 MJ 05790)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for Residence at 1235 South McBride Avenue, East Los Angeles, California 90022<br>(2:24 MJ 05791)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| September 23, 2024 | Search Warrant for Business at 12010 Ramona Blvd, Unit #1, El Monte, California 91732<br>(2:24 MJ 05792)<br>(1-Jimmy MAJEAU) | DEA SA Jaclyn Casaceli |

| | | |
|---|---|---|
| September 23, 2024 | Search Warrant for 2021 White BMW model 840i<br>(2:24 MJ 05794)<br>(2-Eric HERNANDEZ) | DEA SA Jaclyn Casaceli |
| September 24, 2024 | Arrest of Jimmy MAJEAU | DEA TFO Joseph Somogye<br>DEA SA Jaclyn Casaceli<br>DEA SA Jonathan Duke |
| September 24, 2024 | Arrest of Eric HERNANDEZ | DEA SA Jaclyn Casaceli<br>DEA SA Jonathan Duke |
| October 15, 2024 | PLW for phone number (909) 695-8811<br>(4:24 MJ 7269 SPM)<br>(7-Juan MENDOZA) | DEA SA Jaclyn Casaceli |
| February 4, 2025 | Apple iCloud Search Warrant for Accounts Associated with (213) 761-3908; (747) 303-9091; DTaylor1121995@icloud.com; and VHQuijano@msn.com<br>(4:25 MJ 9006 RHH)<br>(8-Marvell Brian LLOYD) | DEA SA Jaclyn Casaceli |
| February 4, 2025 | Apple iCloud Search Warrant for Accounts Associated with (213) 761-3908; (747) 303-9091; DTaylor1121995@icloud.com; and VHQuijano@msn.com<br>(4:25 MJ 9009 RHH)<br>(8-Marvell Brian LLOYD) | DEA SA Jaclyn Casaceli |

In addition to the above-referenced evidence, the Government may seek to admit at trial various documentary and/or business records, including but not necessarily limited to records obtained from various providers of cellular telephone service. It is the Government's position that these records do not constitute "suppressible evidence," but since the Court's order required disclosure of any "arguably suppressible evidence," the Government hereby gives notification of its intent to admit evidence in the form of such business records.

6

As additional evidence is found, and as supplemental information comes to the Government's attention, the Government may choose not to use some evidence described, or to use evidence additional to that listed in these reports. If the Government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice, and/or a Notice of Intent to Seek the Admission of Evidence Pursuant to Federal Rule of Criminal Procedure 404(b) will be filed.

    Respectfully submitted,

    MATTHEW T. DRAKE
    Acting United States Attorney

    */s/ Angie E. Danis*
    ANGIE E. DANIS, #64805MO
    Assistant United States Attorney
    Angie.Danis@usdoj.gov
    111 South 10th Street, Room 20.333
    St. Louis, Missouri 63102
    (314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2025 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record for the defendant.

    */s/ Angie E. Danis*
    ANGIE E. DANIS, #64805MO
    Assistant United States Attorney